IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AGRI-PROCESS INNOVATIONS INC.**                                                    **PLAINTIFFS**
**and AP FABRICATIONS LLC**

**v.**                              **CASE NO. 4:09CV00498 BSM**

**GREENLINE INDUSTRIES LLC and**                                                    **DEFENDANTS**
**GREENLINE INDUSTRIES INC.**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 6th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE